**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

DEC 1 4 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. ___**05 - CV - 02531**-ᶜᴱˢ

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

GONZALO GOMEZ OLIVAS,

     Petitioner,

v.

STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

     Applicant has submitted a Motion to Proceed In Forma Pauperis, and a Petition

Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a Person in State Custody. The

court has determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action. Applicant will be directed to cure the following if he wishes to pursue his

claims. Any papers which the Applicant files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    _X_    is missing certified copy of prisoner's trust fund statement for the 6-month
               period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner

Dockets.Justia.com

(6)   _X_    is not on proper form (must use the court's current form)

(7)   ___    names in caption do not match names in caption of complaint, petition or habeas application

(8)   ___    An original and a copy have not been received by the court. Only an original has been received.

(9)   ___    other _____

**Complaint, Petition or Application:**

(10)   ___    is not submitted

(11)   _X_    is not on proper form (must use the court's current form)

(12)   ___    is missing an original signature by the prisoner

(13)   ___    is missing page nos. ___

(14)   ___    uses et al. instead of listing all parties in caption

(15)   ___    An original and a copy have not been received by the court. Only an original has been received.

(16)   ___    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   ___    names in caption do not match names in text

(18)   ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and the

2

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___14___ day of ___December___, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. **05 - CV - 02531** ⁻ᴼᴱˢ

Gonzalo G. Olivas
Reg. No.06022-091
USP-Atlanta
P.O. Box 150160
Atlanta, Ga 30315

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on _12/14/05_

                    GREGORY C. LANGHAM, CLERK

                    By:_____
                                Deputy Clerk